IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ANDERSON/GREENWOOD DIVISION

| | |
|---|---|
| Thaddeus Derrick Leverne Smalls, Jr., #245030, | Civil Action No.: 8:14-cv-1887-RBH-JDA |
| Plaintiff, | **ORDER** |
| v. | |
| Warden Levern Cohen; Associate Warden Anthony Burton; Sgt. Roberta Buncombe; Sgt. Mack Willis, II, | |
| Defendants. | |

Plaintiff Thaddeus Derrick Leverne Smalls, Jr., #254030 ("Plaintiff"), proceeding *pro se*, filed this action pursuant to 42 U.S.C. § 1983 against Defendants Warden Levern Cohen; Associate Warden Anthony Burton; Sgt. Roberta Buncombe; and Sgt. Mack Willis, II ("Defendants") on May 14, 2014. *See* Compl., ECF No. 1. The matter is before the Court for review of the Report and Recommendation ("R & R") of United States Magistrate Judge Jacquelyn D. Austin, made in accordance with 28 U.S.C. § 636(b)(1)(B) and Local Rule 73.02 for the District of South Carolina. *See* R & R, ECF No. 57. In the Report and Recommendation, the Magistrate Judge recommends the Court dismiss Defendants Warden Levern Cohen, Associate Warden Anthony Burton, and Sgt. Roberta Buncombe without prejudice and without service of process. *See id.* at 6–8.

The Magistrate Judge makes only a recommendation to this Court. The recommendation has no presumptive weight. The responsibility to make a final determination remains with this Court. *See Mathews v. Weber*, 423 U.S. 261, 270–71 (1976). The Court is charged with making a *de novo* determination of those portions of the Report and Recommendation to which specific objection is made, and the Court may accept, reject, or modify, in whole or in part, the

recommendation of the Magistrate Judge or recommit the matter with instructions. *See* 28 U.S.C. § 636(b)(1).

No party has filed objections to the Report and Recommendation. In the absence of objections to the Report and Recommendation of the Magistrate Judge, this Court is not required to give any explanation for adopting the recommendations. *See Camby v. Davis*, 718 F.2d 198, 199 (4th Cir. 1983). The Court reviews only for clear error in the absence of an objection. *See Diamond v. Colonial Life & Accident Ins. Co.*, 416 F.3d 310 (4th Cir. 2005) (stating that "in the absence of a timely filed objection, a district court need not conduct *de novo* review, but instead must 'only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation'") (quoting Fed. R. Civ. P. 72 advisory committee's note).

After a thorough review of the record in this case, the Court finds no clear error. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted and incorporated by reference. Therefore, it is **ORDERED** that Defendants Warden Levern Cohen, Associate Warden Anthony Burton, and Sgt. Roberta Buncombe are **DISMISSED** *without prejudice* and without service of process.

**IT IS SO ORDERED.**

                                              s/ R. Bryan Harwell
                                              R. Bryan Harwell
                                              United States District Judge

Florence, South Carolina
July 25, 2014