IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ANDERSON/GREENWOOD DIVISION

| | |
|---|---|
| Thaddeus Derrick Leverne Smalls, Jr., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> Sgt. Mack Willis, II, ) <br> ) <br> Defendant. ) <br> ) | Civil Action No.: 8:14-cv-1887-RBH <br><br> **ORDER** |

Plaintiff Thaddeus Derrick Leverne Smalls, Jr. ("Plaintiff"), a state prisoner proceeding *pro se*, filed this action pursuant to 42 U.S.C. § 1983 against the above named Defendant on May 14, 2014. *See* Compl., ECF No. 1. On August 14, 2014, Defendant filed a motion to dismiss. *See* Mot., ECF No. 24. The matter is now before the Court for review of the Report and Recommendation ("R & R") of United States Magistrate Judge Jacquelyn D. Austin, made in accordance with 28 U.S.C. § 636(b)(1)(B) and Local Rule 73.02 for the District of South Carolina. *See* R & R, ECF No. 29. In the R & R, the Magistrate Judge recommends the Court dismiss this case pursuant to Federal Rule of Civil Procedure 41(b). *See id.* at 3.

The Magistrate Judge makes only a recommendation to this Court. The recommendation has no presumptive weight. The responsibility to make a final determination remains with this Court. *See Mathews v. Weber*, 423 U.S. 261, 270–71 (1976). The Court is charged with making a *de novo* determination of those portions of the Report and Recommendation to which specific objection is made, and the Court may accept, reject, or modify, in whole or in part, the recommendation of the Magistrate Judge or recommit the matter with instructions. *See* 28 U.S.C. § 636(b)(1).

No party has filed objections to the Report and Recommendation. In the absence of objections to the Report and Recommendation of the Magistrate Judge, this Court is not required to give any explanation for adopting the recommendations. *See Camby v. Davis*, 718 F.2d 198, 199 (4th Cir. 1983). The Court reviews only for clear error in the absence of an objection. *See Diamond v. Colonial Life & Accident Ins. Co.*, 416 F.3d 310 (4th Cir. 2005) (stating that "in the absence of a timely filed objection, a district court need not conduct *de novo* review, but instead must 'only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation'") (quoting Fed. R. Civ. P. 72 advisory committee's note).

After a thorough review of the record in this case, the Court finds no clear error. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted and incorporated by reference. Therefore, it is **ORDERED** that this case is **DISMISSED** pursuant to Federal Rule of Civil Procedure 41(b). Defendant's motion to dismiss is **FOUND AS MOOT**.

**IT IS SO ORDERED.**

                                                 s/ R. Bryan Harwell  
                                                 R. Bryan Harwell  
                                                 United States District Judge

Florence, South Carolina  
November 18, 2014